UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER WILDER,<br><br>                    Plaintiff,<br><br>v.<br><br>SORICH, *et al.*,<br><br>                    Defendants. | Case No. 3:20-CV-00263-CLB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO REFILE MOTION FOR SPOLIATION SANCTIONS AND DENYING AS MOOT MOTION TO EXTEND TIME TO CONDUCT DISCOVERY**<br><br>[ECF No. 48] |

        Before the Court is Plaintiff Christopher Wilder's ("Wilder") motion for leave to refile his motion for spoliation sanctions and motion to extend time to conduct discovery (ECF No. 48).

        On July 25, 2022, the Court granted a motion to stay proceedings for 90-days based on Wilder being transferred to federal custody. (ECF No. 44.) The Court additionally denied, with leave to refile following the 90-day stay, a motion for spoliation sanctions, (ECF No. 39), and a motion to extend time to conduct discovery, (ECF No. 40). (ECF No. 44.) On October 24, 2022, the Court issued an order lifting the stay and *sua sponte* granted the parties an additional 60-days to conduct discovery and amended the discovery plan and scheduling order accordingly. (ECF No. 47.)

        Following the Court's order lifting the stay, Wilder filed the instant motion for leave to refile his motion for spoliation sanctions and motion to extend time to conduct discovery. (ECF No. 48.) To the extent Wilder seeks to refile his motion for spoliation sanctions (ECF No. 39), that request is granted. Wilder shall refile with the Court his motion for spoliation sanctions on or before Friday, November 18, 2022. To the extent Wilder seeks additional time to conduct discovery, that motion is denied as moot. Wilder requests 45-days to conduct additional discovery, but the Court already granted the parties 60-days to conduct discovery and gave the parties until December 2, 2022 to move to extend discovery. (ECF No. 47.)

Accordingly, **IT IS ORDERED** that Wilder's motion for leave to refile, (ECF No. 48), is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that Wilder's request to refile his motion for spoliation sanctions (ECF No. 39), is **GRANTED**.

**IT IS FURTHER ORDERED** that Wilder shall refile his motion for spoliation sanctions with the Court on or before **Friday, November 18, 2022**.

**IT IS FURTHER ORDERED** that Wilder's request for additional time to conduct discovery is **DENIED as moot.**

IT IS SO ORDERED.

DATED: November 4, 2022 .

_____
**UNITED STATES MAGISTRATE JUDGE**