UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER WILDER,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SORICH, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:20-CV-00263-CLB<br><br>**ORDER GRANTING MOTION TO CLARIFY AND DIRECTING CLERK'S OFFICE TO REFILE MOTION FOR SPOLIATION SANCTIONS**<br><br>[ECF No. 50] |

Before the Court is Plaintiff Christopher Wilder's ("Wilder") motion to clarify this Court's order to re-file his motion for spoliation sanctions. (ECF No. 50.)

On July 25, 2022, the Court granted a motion to stay proceedings for 90-days based on Wilder being transferred to federal custody. (ECF No. 44.) The Court additionally denied, with leave to refile following the 90-day stay, a motion for spoliation sanctions, (ECF No. 39), and a motion to extend time to conduct discovery, (ECF No. 40). (ECF No. 44.) On October 24, 2022, the Court issued an order lifting the stay and *sua sponte* granted the parties an additional 60-days to conduct discovery and amended the discovery plan and scheduling order accordingly. (ECF No. 47.)

Following the Court's order lifting the stay, Wilder filed a motion for leave to refile his motion for spoliation sanctions and motion to extend time to conduct discovery. (ECF No. 48.) The Court granted Wilder's request to refile his motion for spoliation sanctions, (ECF No. 39), and ordered Wilder to refile with the Court his motion for spoliation sanctions on or before Friday, November 18, 2022. On November 17, 2022, Wilder filed a motion to clarify the Court's order. The Court will grant the motion to clarify, (ECF No. 50), and now direct the Clerk to refile Wilder's motion for spoliation sanctions, (ECF No. 39), as a renewed motion for spoliation sanctions on the docket.

Accordingly, **IT IS ORDERED** that Wilder's motion to clarify, (ECF No. 50), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **REFILE** Wilder's motion for spoliation sanctions (ECF No. 39), as a Renewed Motion for Spoliation Sanctions on the docket.

**IT IS SO ORDERED.**

DATED: November 18, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**