```
 1  AARON D. FORD
      Attorney General
 2  DOUGLAS R. RANDS, Bar No. 3572
      Senior Deputy Attorney General
 3  State of Nevada
    100 N. Carson Street
 4  Carson City, NV  89701-4717
    Tel: (775) 684-1150
 5  E-mail: drands@ag.nv.gov

 6  Attorneys for Defendants
    George G. Sorich, Julio Calderin
 7  and Paul Samsel
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WILDER,<br><br>   Plaintiff,<br><br>vs.<br><br>SORICH, et al.<br><br>   Defendants. | Case No. 3:20-CV-00263-CLB<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |
| CHRISTOPHER WILDER,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMES STOGNER, et al.,<br><br>   Defendants. | Case No. 3:20-cv-00530-CLB |

Plaintiff, Christopher Wilder, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby

///
///
///
///
///
///

Page 1

stipulate that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this \_6\_ day of May 2023.                DATED this \_2nd\_ day of June, 2023

*[signature]*                                     AARON D. FORD
CHRISTOPHER WILDER                                Attorney General
*Plaintiff*
                                                  By: */s/ Douglas R. Rands*
                                                  DOUGLAS R. RANDS, Bar No. 3572
                                                  Senior Deputy Attorney General
                                                  *Attorneys for Defendants*

Dated: June 2, 2023

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 2, 2023, 2023, I electronically filed the foregoing, **STIPULATION OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Christopher Wilder,
635 Casa Del Norte
North Las Vegas, NV 89031

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General